# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PAULA CHRISTY L. SCHMIDT,** *et al.*                                **PLAINTIFFS**

**VS.**                                **4:17-CV-00701-BRW**

**NEWLAND & ASSOCIATES, PLLC,** *et al.*                            **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 2nd day of April, 2018.

                                                   /s/ Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE